IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE STEWART,<br>ID No. 906797, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| V. | )<br>) | CIVIL ACTION NO.<br>1:14-CV-158-C |
| OFFICER FNU JOHNSON, *et al.*, | )<br>) | |
| Defendants. | ) | |

## ORDER

The United States Magistrate Judge entered a Report and Recommendation on April 6, 2015. No objections have been filed. The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1) Plaintiff is entitled to the issuance of process as to his claims in this case against the three named defendants, Lieutenant Johnson, Sergeant Castillo, and Cory G. Clinkenbeard.

(2) Within thirty (30) days from the date the Law Enforcement Defense Division of the Texas Attorney General's Office receives this Order, Defendants Johnson, Castillo, and Clinkenbeard shall file a written answer or response to Plaintiff's claims that they were deliberately indifferent to Plaintiff's serious medical needs.

(3) The Clerk shall mail a copy of Plaintiff's Civil Rights Complaint filed May 28, 2014; the October 3, 2014 Memorandum and Order severing the claims made the basis of this suit and transferring to this Court; and the Report and Recommendation of the United States

Magistrate Judge entered April 6, 2015, along with a copy of this Order, to Docketing, Law Enforcement Defense Division, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, by certified mail, return receipt requested.

(4) In the event that any Defendant is no longer employed by the TDCJ-ID and the Office of the Attorney General is unable to obtain authority to represent such Defendant, the Office of the Attorney General shall provide the Defendant's last-known address to the Court, **UNDER SEAL**, for the Court's in-camera examination only, subject to further orders of this Court. Furthermore, such address shall not be disclosed in any manner to Plaintiff, and if any documents containing the address, including returns of services of summons, are sent to Plaintiff, such information shall be redacted.

(5) Any pending motions are denied.

Dated March __1__, 2016.

SAM R. CUMMINGS
Senior United States District Judge